George E. Skelly, Respondent, v. Catholic Women's Benevolent Legion, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

J. J. Spurr & Sons, Incorporated, Respondent, v. The Empire State Surety Company, Appellant, Impleaded with William F. Fischer, Defendant.— Appeal dismissed, without costs. No opinion. Woodward, Jenks, Rich and Miller, JJ., concurred.

May Estelle Staunton, Respondent, v. Anthony Steyrer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

William D. Stratton, Respondent, v. Delaware and Eastern Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Anthony Timony, Respondent, v. The Cord Meyer Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that there is no proof that the defendant violated any duty to the plaintiff. Woodward, Jenks and Miller, JJ., concurred; Hooker and Rich, JJ., dissented.

William I. Tulin, as a Director of Virginia Peanut Product Company, Respondent, v. Ben C. Weisberg, Appellant, Impleaded with Mechanics and Traders' Bank.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

John C. Uhrlaub, Respondent, v. Isaac Regensburg, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Russell Van Ness, Respondent, v. The Brooklyn Heights Railroad Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Abraham Wainstein and Annie Wainstein, as Administrators, etc., Respondents, v. Mina Rosenbluth and Sarah Rosenbluth, Impleaded, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Emanuel Weber, Respondent, v. Sanford Smith and William H. Miller, Appellants, Impleaded with Borden's Condensed Milk Company.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Kalman Altman, Appellant, v. Edward I. Wilson, Respondent.— Motion to dismiss appeal denied, without costs. Present — Woodward, Jenks, Gaynor Rich and Miller, JJ.